

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00617-CV

Juan Miguel **MATA**,
Appellant

v.

Maria Elena **MATA**,
Appellee

From the 365th Judicial District Court, Dimmit County, Texas
Trial Court No. 12-02-11581-DCVAJA
Honorable Amado J. Abascal, III, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs shall be assessed against Appellant Juan Miguel Mata in relation to this appeal because he qualifies as an indigent under TEX. R. APP. P. 20.

SIGNED June 26, 2013.

_____
Karen Angelini, Justice